Hand-Delivered

FILED
CHARLOTTE, NC

JUN 1 7 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

**IN THE GENERAL COURT OF JUSTICE**
**SUPERIOR COURT DIVISION - BEFORE THE CLERK**
**STATE OF NORTH CAROLINA**
**COUNTY OF GASTON**

IN THE MATTER OF THE FORECLOSURE OF A DEED OF TRUST EXECUTED BY CORDORA D. MADDOX DATED MARCH 10, 2010 AND RECORDED IN BOOK 4505 AT PAGE 2441 IN THE GASTON COUNTY PUBLIC REGISTRY, NORTH CAROLINA

**Cordora D. Maddox,**

**Respondent,**
v.
**Albertelli Law Partners North Carolina, P.A., Substitute Trustee for Bank of America, N.A.,**
**Petitioner.**

Case No. [To be assigned by Federal Court] 3:25-CV-415-GCM
Related State Case: 24SP000346 (Gaston County Clerk of Superior Court)

## NOTICE OF REMOVAL UNDER 28 U.S.C. §§ 1441, 1443, 1446 and 1331

Pursuant to 28 U.S.C. §§ 1441(c), 1443(1), 1446, and 1331, & the Judiciary Acts of 1789, 1875, and 1888, Article III, Article VI, an the FIfth and FourteenthAmendments of the U.S. Constitution, the undersigned Respondent, Cordora D. Maddox, removes this foreclosure action from the Gaston County Superior Court Clerk (State of North Carolina) to the United States District Court for the Western District of North Carolina, and respectfully shows the following:

**I. GROUNDS FOR REMOVAL**

**1. Civil Rights Grounds under 28 U.S.C. § 1443(1):**
The foreclosure is being pursued in a manner that violates Respondent's federal civil rights, including due process rights under the Fourteenth Amendment, by allowing a Substitute Trustee and Petitioner to proceed without required filings such as:

No Notice of Resume after formal foreclosure suspension on record.

No filed Notice of Appearance by any attorney acting for Petitioner or Holder.

**Improper substitution of Goddard & Peterson, PLLC while the action remained suspended.**

**Conflict of interest where the original substitute trustee is a law firm utilizing its own counsel (Albertelli Law Partners) as well as functions as Petitioner, in violation of N.C. fiduciary neutrality requirements under G.S. § 45-10.**

**2. Violation of Federal Consumer Rights:**
**Petitioner and Holder failed to respond to a prior Qualified Written Request (QWR) sent by Respondent under RESPA, 12 U.S.C. § 2605(e).**

**The foreclosure constitutes a debt collection attempt without validation under the FDCPA, 15 U.S.C. §§ 1692g and 1692e.**

**3. Federal Question Jurisdiction (28 U.S.C. § 1331):**
**This action involves claims and defenses arising under federal law, including violations of due process, consumer protection statutes, and equitable rights involving mortgage servicing practices.**

**II. PROCEDURAL BACKGROUND**

**This foreclosure action (24SP000346) was filed in Gaston County, North Carolina, related to a Deed of Trust executed on March 10, 2010, and recorded at Book 4505, Page 2441.**

**A Notice to Suspend Foreclosure was filed in November 2024 by the original trustee, Albertelli Law Partners.**

**No Notice to Resume Foreclosure was ever filed.**

**A new Amended Hearing Notice was issued by Goddard & Peterson, PLLC, without any lawful basis to proceed while the matter remained suspended.**

**As of the date of this removal, there is no Notice of Appearance on record by any attorney lawfully authorized to represent the Petitioner or the Holder.**

**III. PARTIES**

**Respondent: Cordora D. Maddox, 109 Clover Street, Mount Holly, NC 28120.**
**Petitioner: Albertelli Law Partners North Carolina, P.A., acting as former Substitute Trustee.**
**Holder/Servicer: Bank of America, N.A.**
**Current Substitute Trustee: Goddard & Peterson, PLLC, 125-B Williamsboro Street, Oxford, NC 27565.**

## IV. VENUE

Venue is proper in the United States District Court for the Western District of North Carolina, Charlotte Division, as the property at issue and all relevant proceedings are located within its territorial jurisdiction.

## V. NOTICE TO STATE COURT

A copy of this Notice of Removal is being filed with the Clerk of the Gaston County Superior Court as required by 28 U.S.C. § 1446(d). Written notice is also being served on all adverse parties.

## VI. PRAYER

Respondent prays that this Honorable Court accept jurisdiction over this matter, and that all future proceedings in the state court action (24SP000346) be stayed or declared void. Respondent further reserves the right to file counterclaims under federal law and demand declaratory and injunctive relief.

Respectfully submitted under the pains and penalty of perjury that the foregoing is true and correct pursuant to 28 USC 1746(1).

*Cordora D. Maddox*
**Cordora D. Maddox**
109 Clover Street
Mount Holly, NC 28120
(Phone/email optional)

## CERTIFICATE OF SERVICE

On this 17th day a copy of (1) Notice of Federal Removal and (1) Notice of Counterclaims and Constitutional Challenge was served upon the State Court of this matter as well as all Parties via email/mail/certified mail.

Respectfully submitted under the pains and penalty of perjury that the foregoing is true and correct pursuant to 28 USC 1746(1).

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION - BEFORE THE CLERK
STATE OF NORTH CAROLINA
COUNTY OF GASTON

IN THE MATTER OF THE FORECLOSURE OF A DEED OF TRUST EXECUTED BY CORDORA D. MADDOX DATED MARCH 10, 2010 AND RECORDED IN BOOK 4505 AT PAGE 2441 IN THE GASTON COUNTY PUBLIC REGISTRY, NORTH CAROLINA


Cordora D. Maddox,

Respondent,
v.
Albertelli Law Partners North Carolina, P.A., Substitute Trustee for Bank of America, N.A.,
Petitioner.

Case No. [To be assigned by Federal Court]
Related State Case: 24SP000346 (Gaston County Clerk of Superior Court)


## NOTICE OF COUNTERCLAIMS, DUE PROCESS CHALLENGE, AND REQUEST FOR FULL JUDICIAL HEARING UNDER ARTICLE III

NOW COMES Cordora D. Maddox, Respondent and Counterclaimant, giving formal notice to this Honorable Court that she asserts the following federal counterclaims and constitutional challenges arising from the attempted foreclosure proceeding initiated in Gaston County, North Carolina under file number 24SP000346:


### I. CONSTITUTIONAL CHALLENGE TO STATE FORUM

1. The original foreclosure proceeding is pending before the Clerk of Superior Court of Gaston County, not a lawfully convened judicial court under Article III of the U.S. Constitution, nor under Article IV, §13 of the North Carolina Constitution.

2. Said proceeding constitutes an administrative forum rather than a true court of law. It lacks:

An impartial judicial officer (i.e., a judge)

The full powers of a court of record

Adversarial due process with proper pleadings, discovery, and jury rights

3. As such, the proceeding violates:

The Due Process Clause of the 14th Amendment

The Separation of Powers Doctrine

The requirement that all judicial power be vested in courts established under Article III, §1 of the U.S. Constitution

4. Furthermore, there is no verified petition, competent affiant, or lawful claimant identified under penalty of perjury on record — depriving the forum of both personal and subject-matter jurisdiction.

## II. FEDERAL COUNTERCLAIMS ASSERTED

Respondent asserts the following federal counterclaims pursuant to 28 U.S.C. § 1331, 1441(c), and the Federal Rules of Civil Procedure:

1. Violation of the Real Estate Settlement Procedures Act (RESPA)

12 U.S.C. § 2605(e)

Petitioner and/or Holder failed to respond to a Qualified Written Request (QWR) lawfully submitted by Respondent.

No accounting, no validation, and no correction were offered, in violation of RESPA.

2. Violation of the Fair Debt Collection Practices Act (FDCPA)

15 U.S.C. §§ 1692e, 1692g

Improper debt collection attempted without proper validation.

Misleading and deceptive communications issued by substitute trustee(s) and attorneys without proper Notice of Appearance on record.

**Use of suspended foreclosure action as intimidation while lacking legal authority to proceed.**

**3. Civil Rights Violations – 42 U.S.C. § 1983**

**State actors operating under color of law (via Clerk of Court) have permitted a nonjudicial administrative tribunal to interfere with Respondent's property rights without access to a real court.**

**Failure to protect Respondent's constitutional rights under the 1st, 5th, and 14th Amendments.**

**4. Deprivation of Due Process – U.S. Const. Amend. XIV**

**No bona fide judicial case or controversy was initiated.**

**No standing has been proven by any party claiming to hold the Note or enforce the Deed of Trust.**

**No valid chain of title or competent, authenticated evidence on record.**

**5. Conflict of Interest and Trustee Misconduct (N.C.G.S. § 45-10)**

**The original Substitute Trustee, Albertelli Law Partners, now appears to function as legal counsel in violation of its statutory neutrality duty.**

**This breach renders all further actions invalid and gives rise to damages under both state and federal fiduciary doctrines.**

**III. PRAYER FOR RELIEF**

**WHEREFORE, Respondent/Counterclaimant respectfully prays for the following relief:**

**1. That this Honorable Court accept full jurisdiction over this matter under Article III;**

**2. That all actions, notices, or attempted proceedings arising under 24SP000346 be declared null and void;**

**3. That statutory damages under RESPA and FDCPA be awarded;**

**4. That all adverse parties be required to show standing, chain of title, and authority to enforce any alleged debt;**

5. That the Respondent's full counterclaims be heard on the merits;

6. That the Court award any other relief it deems just and proper, including declaratory and injunctive relief.

Respectfully submitted under the pains and penalty of perjury that the foregoing is true and correct pursuant to 28 USC 1746(1).

*Cordora D. Maddox*
**Cordora D. Maddox**
109 Clover Street
Mount Holly, NC 28120

Date: 06/17/2025

## CERTIFICATE OF SERVICE

On this 17th day a copy of (1) Notice of Federal Removal and (1) Notice of Counterclaims and Constitutional Challenge was served upon the State Court of this matter as well as all Parties via email/mail/certified mail.

Respectfully submitted under the pains and penalty of perjury that the foregoing is true and correct pursuant to 28 USC 1746(1).